FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 JAN 23 PM 4: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TGT SOFT CORPORATION and THOMAS DIMITRI | CIVIL ACTION NO.: 04-0107 |
| VERSUS | |
| STARDOCK CORP., STARDOCK MEDIA, INC., STARDOCK SOFTWARE, INC., STARDOCK SYSTEMS, INC., and BRADLEY WARDELL | SECTION: K<br><br>MAGISTRATE: 1 |

### MOTION AND INCORPORATED MEMORANDUM
### FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT**, through undersigned counsel, come Defendants, **STARDOCK CORPORATION, STARDOCK MEDIA, INC., STARDOCK SYSTEMS, INC., STARDOCK SOFTWARE, INC., and BRADLEY WARDELL**, who hereby move for an extension of time in which to answer or otherwise plead until February 3, 2004. The Defendants' time to answer or otherwise respond has not passed, the Defendants have not requested any other extensions and the granting of this motion will not cause undue delay in the proceedings. Furthermore, counsel for the Plaintiffs consent to this request for relief, as evidenced by Attachment A.

DATE OF ENTRY

FEB 0 2 2004

Fee_____
Process____
X Dktd_____
__ CtRmDep__
__ Doc. No.__

**WHEREFORE**, after due proceedings be had, Defendants request an order allowing them through February 3, 2004, within which to answer or otherwise respond to the Plaintiffs' suit.

Respectfully Submitted By

**DONOHUE PATRICK, P.L.L.C.**

_____
KIRK A. PATRICK, III (#19728)
HEATHER A. CROSS (#27614)
**DONOHUE PATRICK, P.L.L.C.**
450 Laurel Street, Suite 1500
Baton Rouge, LA 70801
(225) 214-1908

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TGT SOFT CORPORATION** <br> **and THOMAS DIMITRI** | **CIVIL ACTION NO.: 04-0107** |
| **VERSUS** | |
| **STARDOCK CORP., STARDOCK MEDIA, INC., STARDOCK SOFTWARE, INC., STARDOCK SYSTEMS, INC., and BRADLEY WARDELL** | **SECTION: K** <br><br> **MAGISTRATE: 1** |

### ORDER

Pursuant to the Defendants' Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Defendants shall have through February 3, 2004, to respond to the Plaintiffs' Petition for Damages.

**THUS DONE AND SIGNED** this 30th day of January, 2004.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA

## CERTIFICATE OF SERVICE

**I HEREBY** certify that a copy of the above and foregoing has this day been served by U.S. mail, postage prepaid, to the following counsel of record:

Stephen G. Bullock
Mark E. Jaffe
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588

Baton Rouge, Louisiana, this ____23____ day of January, 2004.

_____
KIRK A. PATRICK, III

## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

MARK E. JAFFE
DIRECT DIAL: (504) 593-0848
DIRECT FAX  (504) 596-0848
E-Mail: mjaffe@stonepigman.com

OUR FILE NUMBER

23,075

January 14, 2004

**VIA FAX AND U. S. MAIL**

Kirk A. Patrick, III, Esq.
Donohue Patrick
1500 Bank One Centre – North Tower
450 Laurel Street
Baton Rouge, LA 70801

Re:  *TGT Soft Corporation and Thomas Dimitri v. Stardock Corporation, Stardock Media, Inc., Stardock Software, Inc., Stardock Systems, Inc., and Bradley Wardell,* **Civil District Court, Parish of Orleans, Case No. 03-18589**

Dear Kirk:

I am writing to confirm that defendants Stardock Corporation, Stardock Media, Inc., Stardock Software, Inc., Stardock Systems, Inc., and Bradley Wardell may have an extension until February 3, 2004 to answer or otherwise respond to the Petition for Declaratory Judgment in the aforementioned matter.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Mark E. Jaffe

MEJ/pdm

RECEIVED
JAN 1 6 2004
BY: 2501.001    HAC

Exhibit A

704955/1